# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| **GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,** <br><br> Plaintiff, <br><br> v. <br><br> **MELT SOLUTIONS, LLC** <br><br> Defendant. | Case No. 1:19-cv-00321-DRL-SLC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now, Great American Insurance Company of New York ("Plaintiff") and Melt Solutions, LLC ("Defendant") and hereby stipulate that the above action shall be dismissed with prejudice pursuant to the parties' settlement agreement, with each party agreeing to bear its own costs and expenses, including attorneys' fees. Plaintiff and Defendant have settled this matter; therefore, the parties no longer wish to pursue any claims or counterclaims against each other.

Respectfully Submitted,

By: /s/ Krysta K. Gumbiner
Krysta K. Gumbiner (IN #31989-25)
Dinsmore & Shohl, LLP
227 W. Monroe St., Suite 3850
Chicago, IL 60606
(312) 428-2728
(312) 775-1743
Krysta.gumbiner@dinsmore.com
**Attorney for Plaintiff**

By: /s/ C. Anthony Ashford
C. Anthony Ashford
ASHFORD LAW GROUP, P.C.
332 W. 806 N.
Valparaiso, Indiana 46385
(219) 728-5210
cashfordlaw1@gmail.com
**Attorney for Defendant**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served this 22nd day of July, 2021 via electronic mail and the Court's ECF system:

C. Anthony Ashford
Ashford Law Group, P.C.
332 W. 806 N.
Valparaiso, IN 46385

/s/ Krysta K. Gumbiner